**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

October 6, 2016

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

   Re: Andrew K. Menard
      Case No. 5:14-00335

Dear Clerk:

  We have been informed that our client, Andrew K. Menard, has a new address, as follows:

    Andrew K. Menard
    3116 Fox Hill Road
    Easton, PA 18045-8022

  Please correct the docket and mailing matrix accordingly. Thank you.

        Very truly yours,

        */s/ Vincent Rubino*

        Vincent Rubino